**Opinion issued October 18, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00872-CR

_____

## IN RE BOBBY JOE JONES, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Bobby Joe Jones, although represented by appointed counsel, has filed a pro se petition for writ of mandamus requesting that we compel the trial court to rule on his motion for speedy trial and his subsequent motion to dismiss the underlying case for lack of speedy trial. We deny the petition.[1]

---

[1]  The underlying case is *State of Texas v. Bobby Joe Jones*, cause number 1568981, pending in the 174th District Court of Harris County, Texas, the Honorable Hazel B. Jones presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.

Do not publish. TEX. R. APP. P. 47.2(b).